## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | |
|---|---|
| Jonathan L. Cave and Michele A. Cave, ) | |
| ) | |
| Plaintiffs, ) | **ORDER ADOPTING STIPULATION** |
| ) | **AND GRANTING PLAINTIFFS'** |
| vs. ) | **MOTION TO REMAND** |
| ) | |
| EMC Property & Casualty Company, ) | Case No. 1:07-cv-047 |
| ) | |
| Defendant. ) | |

On July 9, 2007, the Plaintiffs filed a motion to remand or in the alternative transfer. See Docket No. 4. On July 16, 2007, the Defendant filed a response stating that it does not oppose the remand of this case to Stutsman County District Court and the parties filed a joint stipulation to remand. See Docket Nos. 8 and 9.

The Court **ADOPTS** the stipulation (Docket No. 9) in its entirety and **GRANTS** the Plaintiffs' motion to remand. (Docket No. 4). The Court **REMANDS** the case to Stutsman County District Court, Southeast Judicial District, State of North Dakota.

**IT IS SO ORDERED.**

Dated this 17th day of July, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court

1